DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**NORREL SUTHERLAND** and **NADINA SUTHERLAND,**
Appellants,

v.

**BRIAN ALLISON, DEPUTY PEREZ** and **RIC L. BRADSHAW,** in his
official capacity as **SHERIFF OF PALM BEACH COUNTY, FLORIDA,**
Appellees.

No. 4D13-1573

[September 17, 2014]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502009CA017039XX.

G. William Allen, Jr., Fort Lauderdale, for appellants.

Harriet R. Lewis and Gary Oldehoff of Lewis, Stroud & Deutsch, P.L., Boca Raton, for appellee Ric L. Bradshaw.

PER CURIAM.

*Affirmed.  See Amador v. Fla. Bd. of Regents ex rel. Fla. Int'l Univ.*, 830 So. 2d 120 (Fla. 3d DCA 2002).

WARNER, CONNER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***